JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ARSEN MANSON, | ) | Case No. CV 16-3737-PSG (SP) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| THE PEOPLE, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

Dated: 9/5/17

_____
HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE